Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Wisconsin ▼

| | |
|---|---|
| Christine Amber Etheredge (Amber Marie Diale) ) | Case No. _____ |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| (Write the full name of each plaintiff who is filing this complaint. ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| If the names of all the plaintiffs cannot fit in the space above, ) | |
| please write "see attached" in the space and attach an additional ) | |
| page with the full list of names.) ) | |
| -v- ) | |
| State Of Wisconsin & Catholic Charities Social ) | |
| Services Beloit ) | |
| Attorney General Saul ) | |
| *Defendant(s)* ) | |
| (Write the full name of each defendant who is being sued. If the ) | |
| names of all the defendants cannot fit in the space above, please ) | |
| write "see attached" in the space and attach an additional page ) | |
| with the full list of names.) ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Christine Amber Etheredge |
   | Street Address | 112 Rosedale Drive |
   | City and County | Moyock |
   | State and Zip Code | NC |
   | Telephone Number | 252-506-5995 |
   | E-mail Address | empressamber@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: The State Of Wisconsin
Job or Title (if known): Unknown
Street Address: 17 W. Main St
City and County: Madison
State and Zip Code: Wisconsin, 53703
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name: Catholic Charities Social Services
Job or Title (if known): Unknown
Street Address: 702 S High Point Rd #209
City and County: Madison
State and Zip Code: WI 53709
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: Attorney General Kaul
Job or Title (if known):
Street Address: 17 W Main St.
City and County: Madison
State and Zip Code: WI 53703
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question    [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18USC§1001, 18USC§1018, 18USC§1028, 18USC§1031, 18USC§77, 18USC§1593, 18USC§1596, 22USC§78. The inability to procure proper and and legal adoptions without the use of the interstate compact to human traffic and sell humans from adoption agencies domestically and the illegal and willful knowledge and hinderances of these crimes affecting the individuals whom have been kidnapped and abused and the rights of there children to be violated in the determination of help through religon, for over 60 years.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Christine Amber Etheredge, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* see list, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) Catholic Charities, is incorporated under the laws of the State of (name) Wisconsin, and has its principal place of business in the State of (name) Wisconsin

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) Winsconin.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$5,000,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff was a victim of human trafficking and fraud adoption upon birth when she was sent through an agency to a catholic charity in use of the insterate compact, the catholic services failed to provide accurate reflection of documents and failed to initate all the proper procedures doemstically in regards the adoption of the plaintiff. The plaintiff found out in 2023 that her adoption wasn't only invalid but she was one of 1000s whom had been trafficked with the used of "charities" to engage in acts that were not only unlawful but changed legal binding documents that would affect the plaintiff quality of life and others. The agencies in which were at hand have been under federal investigation for such acts and negligence 1000s of victims may not know they are victim.

Case out of KS Orignial in regards to Bebby-girl Diale A685712 Johnson City

## IV. Relief

See attached

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff is injunctive relief as well as mandatory relief per the federal policies of human trafficking. She is seeking that the agency be held liable and an investigation is done to assure no others have been affected.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-11-23

Signature of Plaintiff

Printed Name of Plaintiff: Christine A. Etheredge

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____